B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Inland Electric, Corp. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>36-3316995 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1230 West Jefferson Street<br>Shorewood, IL<br><br>ZIP Code  60404 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Will | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
■ Chapter 7
☐ Chapter 9       ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 11
☐ Chapter 12      ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
☐ Chapter 13

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."       ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10) **Page 2**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Inland Electric, Corp. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ <br> Signature of Attorney for Debtor(s)                    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Inland Electric, Corp. |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X *Rebecca D. Rosenthal*
Signature of Attorney for Debtor(s)

Rebecca D. Rosenthal, Esq. ARDC #6296457
Printed Name of Attorney for Debtor(s)

Adelman & Gettleman, Ltd.
Firm Name

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604

Address

312-435-1050  Fax: 312-435-1059
Telephone Number

September 30, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Edward C. Mattox
Printed Name of Authorized Individual

President
Title of Authorized Individual

September 30, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of Illinois

In re   Inland Electric, Corp.                                          Case No.
                                    Debtor(s)            Chapter      7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    131

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   September 30, 2010                    /s/ Edward C. Mattox
                                              Edward C. Mattox/President
                                              Signer/Title

Software Copyright (c) 1996-2010 Best Case Solutions  - Evanston, IL - bestcase.com                    Best Case Bankruptcy

.

Accubid Systems Inc
1150 W. 8th St
Cincinnati, OH 45203


Accurate Repro, Inc
2368 Corporate Lane #100
Naperville, IL 60563


ADI
12974 Collections Center Drive
Chicago, IL 60693


Advance Electric
2050 S Lake St
Mundelein, Il 60060


Advanced Supply Co.
8901 W 192nd
Suite D
Mokena, IL 60448


Airgas North Central
1250 W. Washington St
Chicago, IL 60185


Aramark Refreshment Svcx #6068
1851 Howard Street
Suite F
Elk Grove Village, IL 60007


Arnstein & Lehr, LLP
120 S Riverside Plaza
Ste 1200
Chicago, IL 60606


AS- Builds
3930 N. Pine Grove
Suite 3107
Chicago, IL 60613


Associate Area Counsel, SB/SE
200 W. Adams Street, Suite 2300
Chicago, IL 60606

Auto Glass Masters
4520 N. Elston Ave.
Chicago, IL 60630


Avaya Financial Services
PO Box 93000
Chicago, IL 60673


Avaya, Inc
PO Box 5125
Carol Stream, IL 60197


Belle Engineering, Inc
26 W 161 Plank Rd.
Naperville, IL 60563


BLR
141 Mill Rock Rd. East
Old Saybrook, CT 06475


Brock Tool Company
1475 Louis Ave.
Elk Grove Village, IL 60007


Bryce Downey
200 N. LaSalle St
Suite 2700
Chicago, IL 60601


Cabstone
903 S. Raven
Shorewood, IL 60404


Cali Construction, Inc
P.O. Box 499
Plainfield, IL


CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675


City Utility Equipment
1950 W. Pershing
P O Box 08234
Chicago, IL 60608

Clean N Dri Carpet Cleaning
200 N. James St.
Plainfield, IL 60544


Clifford - Wald
253 East Helen Rd.
Palatine, IL 60067


CNH Capital
Dept Capital
Palatine, IL 60055


Cobra Concrete Cutting
P.O. Box 807
Mt. Prospect, IL 60056


Com ED
3 Lincoln Center
Villa Park, IL 60181


Comcast
P.O. Box 3001
Southeastern, PA 19398


Commercial Electonic Systems
2447 Reeves Rd
Joliet, IL 60436


Concrete Clinic
13089 Main Street
Lemont, IL 60439


Constant Electric Supply Co.
1245 Humbracht Circle,Unit A
Bartlett, IL 60103


Construction Monthly
P. O. Box 3407
Farmington Hills, MI 48333


Contractors Adjustors
570 Lake Cook Road
Suite 350
Deerfield, IL 60015

Cornerstone Solutions
120 West 22nd St., Ste 350
Oakbrook, IL 60523


Cowan Electric Inc
PO Box 5066
Elgin, IL 60121


Crescent Electric
PO Box 500
East Dubuque, IL 61025


D&I Electronics
24802 caton Farm Rd.
Plainfield, IL 60586


D. Patrick Mullarkey
Tax Division
P.O. Box 55
Washington, DC 20044


Developers Surety Bond
17780 Fitch, Ste 200
Irvine, CA 92614


Dick's Towing Services Inc
909 Block Broadway
Joliet, IL 60435


Douglas Tibble
101 N. Washington Street
Naperville, IL 60540


Dreyer Medical Clinic
1221 N. Highland
Aurora, IL 60506


Dunn & Bradstreeet
PO BOX 75434
Chicago, IL 60675


Emalfarb, Swan & Bain
440 Central Avenue
Highland Park, IL 60035

Evergreen Oak Electric
P. O. Box 549
Crestwood, IL 60445


Excel LTD. Inc
888 East Belvidere Rd, Unit 405
Grayslake, IL 60030


Express Signs & Lighting
212 Amendodge Dr.
Shorewood, IL 60404


Fastenal Company
P.O. Box 978
Winona, MN 55987


Federal Express
P.O. Box 94515
Palatine, IL 60094


Fox Valley Fire & Safety
1730 Berkley St.
Elgin, IL 60123


Frank Gibbbons (Briggshaw)
10052 Bode St
Plainfield, IL 60585


G Heating & Air Conditioning
P O Box 783
Manteno, IL 60950


GE Capital
P O Box 6229
Carol Stream, IL 60197


General Supply & Service Co.
2235 Corporate Lane
Naperville, IL 60563


Gexpro
2235 Corporate Lane
Naperville, IL 60563

Grainco FS Inc
3107 N. State Route 23
Ottawa, IL 61350


Harris Bank
P.O. Box 2880
Chicago, IL 60610


Hastings Mutual
404 E. Woodlawn Avenue
Hastings, MI 49058


Heitman Architects, Inc
555 Pierce Rd., Ste 105
Itasca, IL 60143


Heritage FS
P O Box 339
Gilman, IL 60938


High Rise Security Systems
762 Burr Oaks Dr.
Westmont, IL 60559


Hilti Corp
P O BOX 120001
Dallas, TX 75312-0890


Hinckley Spring Water Company
P O Box 660579
Dallas, TX 75266


HLP Systems Inc
426 North Ave.
Libertyville, IL 60048


Home  Depot
P O Box 6031
The Lakes, NV 88901


HUB International Scheers
601 Oakmont Ln, Ste 400
Westmont, IL 60559

Hyre Electric Company, Inc.
1230 W. Jefferson Street
Shorewood, IL 60404


Illinois Dept. of Employment Security
33 S. State Street, 10th Floor
Chicago, IL 60603


Illinois Paper & Copier Co
6 Territorial Ct.
Bolingbrook, IL 60440


Illnois Dept of Labor
1 W. Old State Capital Plaza
Springfield, IL 62701


IMC Connect
207 E,. Ohio #293
Chicago, IL 60611


Indiana Public Serv Company
801 E. 86th Avenue
Merrillville, IN 46410


Inland Power Group
P O Box 68-9633
Milwaukee, WI 53268


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


Internap Network Services
Dept 0526
PO Box 120526
Dallas, TX 75312

J&D Door Sales Inc
200 E. Second St.
P O Box 245
Big Rock, IL 60511


King Cut Concrete Cutters, Inc
2411 Hiller Ridge Rd., Ste F
Mc Henry, IL 60051


Kip America Inc
21146 Network Pl.
Chicago, IL 60673


Komatus Forklift of Chicago
P O Box 30279
Los Angeles, CA 90030


Leake Sandblasting
5485 S. Gonnam Rd
Verona, IL 60479


Lennar Chicago
2300 Barrington Rd., Ste 600
Hoffman Estates, IL 60169


Light Source Lighting, Inc
16114 S. Rt 59
Plainfield, IL 60586


M&R Electronic Systems Ltd
408 Campus Dr.
Arlington Heights, IL 60004


Martin, Brown & Sullivan Ltd
321 South Plymouth Ct., 10th Flr
Chicago, IL 60604


McCormick Systems Inc
149 West Boston St.
Chandler, AZ 85225


McGrath Office Equipment
P O Box 932
Joliet, IL 60434

Medlin Communications
16W235 83rd St.,
Suite C
Burr Ridge, IL 60527


Midwest Cage Company
9217 Gulf Stream Rd., # 101
Frankfort, IL 60423


Modular Structures Corp
435 N. Michigan Ave, 25th FLR
Chicago, IL 60611


NES
P.O. Box 8500-1226
Philadelphia, PA 19178-1226


NICOR
P O Box 585
Aurora, IL 60507


Office Max
75 Remittance Drive, #2698
Chicago, IL 60675


Patten Industries
635 W. Lake Street
Elmhurst, IL 60126


Personal Concepts
P.O. Box 5750
Carol Stream, IL 60197


Phoenix Pools, Ltd
702 Des Plaines St.
Plainfield, IL 60544


Piracle Inc
2302 South Presidents Dr., Ste B
Salt Lake City, UT 84120


Pitney Bowes Global Financial
P O Box 856460
Louisville, KY 40285

Prairie Materials
5185 Paysphere Circle
Chicago, IL 60674


Premium Sound & Security Inc
22475 W. Illinois Rte 173, Unit 109
Antioch, IL 60002


Purchase Power
P O Box 856042
Louisville, KY 40285


Recco Tool & Supply
8805 Joliet Rd.
McCook, IL 60525


Reed Construction Data
P O Box 2241
Carol Stream, IL 60132


Rendels City Center
40 Mills Rd.
Joliet, IL 60433


Rendels West Inc
40 Mills Rd.
Joliet, IL 60433


Rental Max LLC
908  E.Roosevelt Rd.
Wheaton, IL 60187


Safeguard Business Systems
P O Box 88043
Chicago, IL 60680


Schuyler, Roche & Zwirner
One Prudential Plaza Suite 3800
130 East Randolph Street
Chicago, IL 60601


SCI Communications, Inc
14423 W. Edison
P O Box 38
New Lenox, IL 60451

Source One Trailer
P O Box 159
Lockport, IL 60441


Sprint
P O Box 4181
Carol Stream, IL 60197


Stein & Rotman
105 W. Madison # 600
Chicago, IL 60602


Stevenson Crane Service Inc
410 Stevenson Dr.
Bolingbrook, IL 60440


Sunbelt Rentals
P O Box 409211
Atlanta, GA 30384


TBF Cit Technology
520 Lake Cook Road, Suite 510
Deerfield, IL 60015


Top Shelf Lighting
1310 W. Thorndale Ave.
Itasca, IL 60143


Trade Service Corp
P O Box 85007
San Diego, CA 92186


Travelers
CL Remittance Center
Hartford, CT 06183


Unit Step Company
1515 Channahon Rd.
Joliet, IL 60436


United Parcel Service
Lock Box 577
Carol Stream, IL 60132

United States Attorney
219 South Dearborn Street
Chicago, IL 60604


Urban Elevator Service Inc
4830 W.  16th St.
Cicero, IL 60804


US Dept of Treasury Labor
1500 Pennsylvania Avenue NW
Washington, DC 20220


USF Holland
3801 Mound Road
Joliet, IL 60436


VCNA Prairie Materials
7601 W. 79th Street
Bridgeview, IL 60455


Vermeer-Illinois, Inc
2801 Beverly Dr.
Aurora, IL 60504


Vulcan Const Materials LP
1000 E. Warrenville Rd. Ste 100
Naperville, IL 60563


Webtech Wireless
215-4299 Canada Way - Canada
Burnaby, BC V5G1H3


Wesco Dist.
41 N. Lively Blvd
Elk Grove Village, IL 60007


Will county Recycling, Inc
2314 Douglas St
Joliet, IL 60435


Wright Express
PO BOX 6293
Carol Stream, IL 60197

WW Grainger
Dept. 840618870
Palatine, IL 60038