# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: INLAND ELECTRIC, CORP | § Case No. 10-44124-BWB |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 30, 2010. The undersigned trustee was appointed on September 30, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $           86,932.52

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 43,461.15 |
| Administrative expenses | 103.47 |
| Bank service fees | 1,684.18 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 41,683.72 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/14/2011 and the deadline for filing governmental claims was 03/29/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,596.63. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,596.63, for a total compensation of $7,596.63.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/02/2014     By: /s/THOMAS B. SULLIVAN, TRUSTEE
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-44124-BWB  
**Case Name:** INLAND ELECTRIC, CORP  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 09/30/10 (f)  
**§341(a) Meeting Date:** 11/04/10  

**Period Ending:** 12/02/14  

**Claims Bar Date:** 02/14/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HARRIS BANK ACCOUNTS | 0.00 | Unknown | | 0.00 | FA |
| 2 | FIRST FEDERAL SAVINGS BANK ACCOUNT | 614.00 | Unknown | | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE | 1,463,672.00 | 0.00 | | 0.00 | FA |
| 4 | MUTUAL RELEASE AND SETTLEMENT WITH MIDAM/DELAN | 86,922.30 | 86,922.30 | | 0.00 | FA |
| 5 | OFFICE EQUIPMENT | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 6 | INVENTORY | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 7 | BRADLEY COMMONS PHASE II - RE CLOSING  (u) | 86,922.30 | 86,922.30 | | 86,922.30 | FA |
| 8 | REFUND  (u) | 6.53 | 6.52 | | 6.53 | FA |
| 9 | SEABRIGHT INS V VERMEER MFG CO/2009L012441  (u) | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3.69 | Unknown |
| 10 | **Assets  Totals** (Excluding unknown values) | **$1,645,637.13** | **$181,351.12** | | **$86,932.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

   PURSUING A/R; ACCOUNTANT TO BE EMPLOYED; COLLECTIONS COMPLETE; WAITING FOR FINAL TAX RETURNS; WORKING ON CLAIMS ISSUES; FINAL REPORT SUBMITTED TO US TEE'S OFFICE FEB 4TH 2014

**Initial Projected Date Of Final Report (TFR):**    December 31, 2011    **Current Projected Date Of Final Report (TFR):**    June 30, 2014

Printed: 12/02/2014 05:04 PM    V.13.20

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-44124-BWB  
**Case Name:** INLAND ELECTRIC, CORP  
**Taxpayer ID #:** **-***6995  
**Period Ending:** 12/02/14

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******52-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/11/10 | | CHICAGO TITLE & TRUST CO | SALE OF REAL ESTATE | | 30,711.15 | | 30,711.15 |
| | {7} | CHICAGO TITLE | SALE OF PROPERTY    74,172.30 | 1210-000 | | | 30,711.15 |
| | | Brooks, Tarulis, Schaffer & Tibble, LLC | Payment of attorney's    -43,461.15 lien | 4220-000 | | | 30,711.15 |
| 11/19/10 | {8} | MB DATA | REFUND | 1290-000 | 6.53 | | 30,717.68 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 30,717.83 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.26 | | 30,718.09 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.26 | | 30,718.35 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-44124, Bond# 016026455 | 2300-000 | | 24.81 | 30,693.54 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 30,693.77 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.26 | | 30,694.03 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 30,694.28 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.26 | | 30,694.54 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 30,694.79 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.26 | | 30,695.05 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.87 | 30,636.18 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.26 | | 30,636.44 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.36 | 30,565.08 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.10 | 30,567.18 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 30,567.43 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.81 | 30,504.62 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 30,504.87 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.59 | 30,444.28 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 30,444.53 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.73 | 30,377.80 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 30,378.05 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.41 | 30,315.64 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 30,315.89 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.27 | 30,249.62 |
| 02/14/12 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #10-44124, BOND#016026455/Feb 1, 2012 thru Feb 1, 2013 | 2300-000 | | 26.17 | 30,223.45 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.91 | 30,163.54 |

Subtotals :            $30,721.37        $557.83

{} Asset reference(s)                                                         Printed: 12/02/2014 05:04 PM    V.13.20

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 10-44124-BWB | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** INLAND ELECTRIC, CORP | **Bank Name:** | The Bank of New York Mellon |
| | **Account:** | ****-******52-65 - Checking Account |
| **Taxpayer ID #:** **-***6995 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** 12/02/14 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.80 | 30,101.74 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.62 | 30,042.12 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 67.72 | 29,974.40 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.37 | 29,915.03 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.38 | 29,849.65 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.20 | 29,786.45 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.96 | 29,729.49 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 67.01 | 29,662.48 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.78 | 29,601.70 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.63 | 29,543.07 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 29,543.07 | 0.00 |
| | | | ACCOUNT TOTALS | | 30,721.37 | 30,721.37 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 29,543.07 | |
| | | | **Subtotal** | | 30,721.37 | 1,178.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,721.37** | **$1,178.30** | |

{} Asset reference(s)

Printed: 12/02/2014 05:04 PM      V.13.20

Case 10-44124   Doc 117   Filed 12/05/14   Entered 12/05/14 11:06:14   Desc Main
Document     Page 6 of 17

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-44124-BWB  
**Case Name:** INLAND ELECTRIC, CORP

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******52-66 - Checking Account

**Taxpayer ID #:** **-***6995  
**Period Ending:** 12/02/14

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/02/2014 05:04 PM    V.13.20

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 10-44124-BWB | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) | |
| **Case Name:** | INLAND ELECTRIC, CORP | **Bank Name:** | The Bank of New York Mellon | |
| | | **Account:** | ****-******52-67 - Money Market Account | |
| **Taxpayer ID #:** | **-***6995 | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 12/02/14 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                    Printed: 12/02/2014 05:04 PM     V.13.20

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 10-44124-BWB  
**Case Name:** INLAND ELECTRIC, CORP  

**Taxpayer ID #:** **-***6995  
**Period Ending:** 12/02/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7165 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 29,543.07 | | 29,543.07 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.31 | 29,497.76 |
| 02/13/13 | 11003 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #10-44124, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 28.20 | 29,469.56 |
| 02/13/13 | 11003 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #10-44124, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -28.20 | 29,497.76 |
| 02/13/13 | 11004 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #10-44124, bond#016026455 | 2300-000 | | 28.20 | 29,469.56 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.58 | 29,429.98 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.91 | 29,389.07 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.08 | 29,343.99 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.61 | 29,300.38 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.33 | 29,261.05 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.29 | 29,214.76 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.02 | 29,172.74 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.55 | 29,132.19 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.09 | 29,086.10 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.04 | 29,047.06 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.95 | 29,001.11 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.10 | 28,958.01 |
| 02/03/14 | 11005 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #10-44124, BOND#016026455 | 2300-000 | | 24.29 | 28,933.72 |
| 11/25/14 | {7} | CHICAGO TITLE & TRUST COMPANY | TURNOVER OF HOLDBACK ESCROW | 1210-000 | 12,750.00 | | 41,683.72 |
| | | | **ACCOUNT TOTALS** | | 42,293.07 | 609.35 | $41,683.72 |
| | | | Less: Bank Transfers | | 29,543.07 | 0.00 | |
| | | | **Subtotal** | | 12,750.00 | 609.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,750.00** | **$609.35** | |

{} Asset reference(s)

Printed: 12/02/2014 05:04 PM   V.13.20

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 10-44124-BWB  
**Case Name:** INLAND ELECTRIC, CORP  
**Taxpayer ID #:** **-***6995  
**Period Ending:** 12/02/14

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7165 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 43,471.37  
Plus Gross Adjustments : 43,461.15  
Net Estate : $86,932.52

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******52-65 | 30,721.37 | 1,178.30 | 0.00 |
| Checking # ****-******52-66 | 0.00 | 0.00 | 0.00 |
| MMA # ****-******52-67 | 0.00 | 0.00 | 0.00 |
| Checking # ******7165 | 12,750.00 | 609.35 | 41,683.72 |
|  | $43,471.37 | $1,787.65 | $41,683.72 |

{} Asset reference(s)

Printed: 12/02/2014 05:04 PM    V.13.20

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 14, 2011

**Case Number:** 10-44124-BWB  
**Debtor Name:** INLAND ELECTRIC, CORP

Page: 1

**Date:** December 2, 2014  
**Time:** 05:04:23 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $7,596.63 | $0.00 | 7,596.63 |
| ADMIN2 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $6,970.80 | $0.00 | 6,970.80 |
| ADMIN3 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $63.53 | $0.00 | 63.53 |
| ADMIN4 200 | INNOVALAW, PC<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Admin Ch. 7 | | $1,080.00 | $0.00 | 1,080.00 |
| 2P 570 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Priority | | $12,522.35 | $0.00 | 12,522.35 |
| 2S 560 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Secured | | $72,723.32 | $0.00 | 72,723.32 |
| 35 560 | Harris N.A.<br>c/o Michael T Benz<br>Chapman and Cutler LLP,111 W. Monroe St.<br>Chicago, IL 60603 | Secured | | $4,789,962.70 | $0.00 | 4,789,962.70 |
| 1 610 | Schuyler, Roche & Crisham, P.C.<br>Michael D Lee<br>130 East Randolph Street Suite 3800<br>Chicago, IL 60601 | Unsecured | | $97,929.94 | $0.00 | 97,929.94 |
| 2U 610 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Unsecured | | $1,310.00 | $0.00 | 1,310.00 |
| 3 610 | Cali Construction, Inc<br>P.O. Box 499<br>Plainfield, IL | Unsecured | | $12,035.00 | $0.00 | 12,035.00 |
| 4 610 | Wesco Distribution Inc<br>James P Ziegler Stone,Pogrund & Korey<br>LL,1 East Wacker Drive Suite 2610<br>Chicago, IL 60601 | Unsecured | | $238,392.30 | $0.00 | 238,392.30 |
| 5 610 | Crescent Electric Supply Company<br>James P Ziegler,Stone Pogrund & Korey<br>LLC,1 E Wacker Drive Suite 2610<br>Chicago, IL 60601 | Unsecured | | $879,861.69 | $0.00 | 879,861.69 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 14, 2011

**Case Number:** 10-44124-BWB  
**Debtor Name:** INLAND ELECTRIC, CORP

Page: 2

**Date:** December 2, 2014  
**Time:** 05:04:23 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 610 | Contractors Adjustors Co<br>570 Lake Cook Road #350<br>Deerfield, IL 60015-4952 | Unsecured | | $9,753.50 | $0.00 | 9,753.50 |
| 7 610 | D&I Electronics<br>24802 caton Farm Rd.<br>Plainfield, IL 60586 | Unsecured | | $6,134.36 | $0.00 | 6,134.36 |
| 8 610 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville, FL 32256 | Unsecured | | $1,391.86 | $0.00 | 1,391.86 |
| 9 610 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville, FL 32256 | Unsecured | | $1,547.10 | $0.00 | 1,547.10 |
| 10 610 | Atlas Bobcal Inc<br>c/o Daniel Leadley<br>320 East Indian Trial<br>Aurora, IL 60505-1760 | Unsecured | | $9,041.91 | $0.00 | 9,041.91 |
| 11 610 | FedEX Customer Information Services<br>As Assignee of FedEX Express/FedEX Groun<br>Attn: Revenue Recovery/Bankruptcty,3965<br>Memphis, TN 38116 | Unsecured | | $432.79 | $0.00 | 432.79 |
| 12 610 | Hastings Mutual<br>404 E. Woodlawn Avenue<br>Hastings, MI 49058 | Unsecured | | $44,110.23 | $0.00 | 44,110.23 |
| 13 610 | Allied Waste Services #719<br>P.O.B 9001154<br>Louisville, KY 40290 | Unsecured | | $95.63 | $0.00 | 95.63 |
| 14 610 | Bryce Downey LLC<br>c/o Stein & Rotman<br>105 W. Madison St. #600<br>Chicago, IL 60602 | Unsecured | | $16,929.34 | $0.00 | 16,929.34 |
| 15 610 | ADI<br>263 Old Country Rd<br>Melville, NY 11747 | Unsecured | | $3,676.20 | $0.00 | 3,676.20 |
| 16 610 | Commercial Electonic Systems<br>2447 Reeves Rd<br>Joliet, IL 60436 | Unsecured | | $17,123.55 | $0.00 | 17,123.55 |
| 17 610 | CNH Capital<br>P.O. Box 1083<br>Evansville, IN 47706-1083 | Unsecured | | $6,165.51 | $0.00 | 6,165.51 |
| 18 610 | Avaya, Inc<br>c/o RMS Bankruptcy Recovery Services<br>POB 5126<br>Timonium, MA 21094 | Unsecured | | $4,888.61 | $0.00 | 4,888.61 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 14, 2011

**Case Number:** 10-44124-BWB  
**Debtor Name:** INLAND ELECTRIC, CORP

Page: 3

**Date:** December 2, 2014  
**Time:** 05:04:23 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 19 610 | Avaya, Inc<br>c/o RMS Bankruptcy Recovery Services<br>POB 5126<br>Timonium, MA 21094 | Unsecured | | $4,888.61 | $0.00 | 4,888.61 |
| 20 610 | Advance Electrical Suppy Co., Inc.<br>c/o Clark Hill PLC<br>150 N. Michigan Ave. #2700<br>Chicago, IL 60601 | Unsecured | | $326,649.53 | $0.00 | 326,649.53 |
| 21 610 | TBF Financial LLC<br>740 Waukegan Rd Ste 404<br>Deerfield, IL 60015 | Unsecured | | $15,999.58 | $0.00 | 15,999.58 |
| 22 610 | Cobra Concrete Cutting<br>2416 E Oakton<br>Arlington Hts, IL 60005 | Unsecured | | $690.00 | $0.00 | 690.00 |
| 23 610 | Recco Tool & Supply<br>8805 Joliet Rd.<br>McCook, IL 60525 | Unsecured | | $1,770.29 | $0.00 | 1,770.29 |
| 24 610 | Medlin Communications<br>16W235 83rd St.,<br>Suite C<br>Burr Ridge, IL 60527 | Unsecured | | $27,472.31 | $0.00 | 27,472.31 |
| 25 610 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oakbrook Terrace, IL 60181 | Unsecured | | $1,521.14 | $0.00 | 1,521.14 |
| 26 610 | Marty J. Schwartz. P.C.<br>70 W. Madison Street<br>Suite 4500<br>Chicago, IL 60602 | Unsecured | | $3,129.00 | $0.00 | 3,129.00 |
| 27 610 | Midwest Cage Company<br>9217 Gulf Stream Rd., # 101<br>Frankfort, IL 60423 | Unsecured | | $2,231.38 | $0.00 | 2,231.38 |
| 28 610 | Wright Express<br>PO BOX 6293<br>Carol Stream, IL 60197 | Unsecured | | $15,337.58 | $0.00 | 15,337.58 |
| 29 610 | Light Source Lighting, Inc<br>16114 S. Rt 59<br>Plainfield, IL 60586 | Unsecured | | $5,733.96 | $0.00 | 5,733.96 |
| 30 610 | IMC Connect<br>207 E,. Ohio #293<br>Chicago, IL 60611 | Unsecured | | $89,589.48 | $0.00 | 89,589.48 |
| 31 610 | NES<br>P.O. Box 8500-1226<br>Philadelphia, PA 19178-1226 | Unsecured | | $6,470.94 | $0.00 | 6,470.94 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 14, 2011

**Case Number:** 10-44124-BWB  
**Debtor Name:** INLAND ELECTRIC, CORP

Page: 4

**Date:** December 2, 2014  
**Time:** 05:04:23 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 32 610 | Homes By Heintz Inc an Illinois Corp<br>Alison M Harrington/Fritz V Wilson,Best Vanderlaan & Harrington,54 N Ottawa St S<br>Joliet, IL 60432 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 33 610 | Douglas Tibble<br>101 N. Washington Street<br>Naperville, IL 60540 | Unsecured | | $126,888.82 | $0.00 | 126,888.82 |
| 34 610 | Arnstein & Lehr, LLP<br>120 S Riverside Plaza<br>Ste 1200<br>Chicago, IL 60606 | Unsecured | | $9,276.00 | $0.00 | 9,276.00 |
| 36 620 | Hitachi Capital American Corp<br>Matthew Kye Esq,Magnozzi & Kye,1 Expressway Plaza, Suite 114<br>Roslyn Heights, NY 11577 | Unsecured | | $11,200.80 | $0.00 | 11,200.80 |
| **<< Totals >>** | | | | 6,890,588.27 | 0.00 | 6,890,588.27 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 10-44124-BWB
Case Name: INLAND ELECTRIC, CORP
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:** $ 41,683.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Illinois Department of Employment Security | 72,723.32 | 72,723.32 | 0.00 | 388.43 |
| 35 | Harris N.A. | 4,789,962.70 | 4,789,962.70 | 0.00 | 25,584.33 |

Total to be paid to secured creditors: $ 25,972.76
Remaining balance: $ 15,710.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 7,596.63 | 0.00 | 7,596.63 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 1,080.00 | 0.00 | 1,080.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 6,970.80 | 0.00 | 6,970.80 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 63.53 | 0.00 | 63.53 |

Total to be paid for chapter 7 administration expenses: $ 15,710.96
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,522.35 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | Illinois Department of Employment Security | 12,522.35 | 0.00 | 0.00 |

|  |  |  |
|---|---|---:|
|  | Total to be paid for priority claims: | $ 0.00 |
|  | Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,988,468.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Schuyler, Roche & Crisham, P.C. | 97,929.94 | 0.00 | 0.00 |
| 2U | Illinois Department of Employment Security | 1,310.00 | 0.00 | 0.00 |
| 3 | Cali Construction, Inc | 12,035.00 | 0.00 | 0.00 |
| 4 | Wesco Distribution Inc | 238,392.30 | 0.00 | 0.00 |
| 5 | Crescent Electric Supply Company | 879,861.69 | 0.00 | 0.00 |
| 6 | Contractors Adjustors Co | 9,753.50 | 0.00 | 0.00 |
| 7 | D&I Electronics | 6,134.36 | 0.00 | 0.00 |
| 8 | Pitney Bowes Inc | 1,391.86 | 0.00 | 0.00 |
| 9 | Pitney Bowes Inc | 1,547.10 | 0.00 | 0.00 |
| 10 | Atlas Bobcal Inc | 9,041.91 | 0.00 | 0.00 |
| 11 | FedEX Customer Information Services | 432.79 | 0.00 | 0.00 |
| 12 | Hastings Mutual | 44,110.23 | 0.00 | 0.00 |
| 13 | Allied Waste Services #719 | 95.63 | 0.00 | 0.00 |
| 14 | Bryce Downey LLC | 16,929.34 | 0.00 | 0.00 |
| 15 | ADI | 3,676.20 | 0.00 | 0.00 |
| 16 | Commercial Electonic Systems | 17,123.55 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 17 | CNH Capital | 6,165.51 | 0.00 | 0.00 |
| 18 | Avaya, Inc | 4,888.61 | 0.00 | 0.00 |
| 19 | Avaya, Inc | 4,888.61 | 0.00 | 0.00 |
| 20 | Advance Electrical Suppy Co., Inc. | 326,649.53 | 0.00 | 0.00 |
| 21 | TBF Financial LLC | 15,999.58 | 0.00 | 0.00 |
| 22 | Cobra Concrete Cutting | 690.00 | 0.00 | 0.00 |
| 23 | Recco Tool & Supply | 1,770.29 | 0.00 | 0.00 |
| 24 | Medlin Communications | 27,472.31 | 0.00 | 0.00 |
| 25 | Commonwealth Edison Company | 1,521.14 | 0.00 | 0.00 |
| 26 | Marty J. Schwartz. P.C. | 3,129.00 | 0.00 | 0.00 |
| 27 | Midwest Cage Company | 2,231.38 | 0.00 | 0.00 |
| 28 | Wright Express | 15,337.58 | 0.00 | 0.00 |
| 29 | Light Source Lighting, Inc | 5,733.96 | 0.00 | 0.00 |
| 30 | IMC Connect | 89,589.48 | 0.00 | 0.00 |
| 31 | NES | 6,470.94 | 0.00 | 0.00 |
| 32 | Homes By Heintz Inc an Illinois Corp | 0.00 | 0.00 | 0.00 |
| 33 | Douglas Tibble | 126,888.82 | 0.00 | 0.00 |
| 34 | Arnstein & Lehr, LLP | 9,276.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 11,200.80 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 36 | Hitachi Capital American Corp | 11,200.80 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**