# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: INLAND ELECTRIC, CORP § | Case No. 10-44124-BWB |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
THOMAS B. SULLIVAN, TRUSTEE    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

  The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
  219 S Dearborn Street
  Chicago, IL  60604

  Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:00am on 01/09/2015 in Courtroom         , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/05/2014           By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                 Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: INLAND ELECTRIC, CORP | § | Case No. 10-44124-BWB |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 86,932.52 |
| *and approved disbursements of* | $ 45,248.80 |
| *leaving a balance on hand of* [1] | $ 41,683.72 |
| **Balance on hand:** | $ 41,683.72 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Illinois Department of Employment Security | 72,723.32 | 72,723.32 | 0.00 | 388.43 |
| 35 | Harris N.A. | 4,789,962.70 | 4,789,962.70 | 0.00 | 25,584.33 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 25,972.76 |
| Remaining balance: | $ | 15,710.96 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 7,596.63 | 0.00 | 7,596.63 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 1,080.00 | 0.00 | 1,080.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 6,970.80 | 0.00 | 6,970.80 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 63.53 | 0.00 | 63.53 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 15,710.96 |
| Remaining balance: | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |   |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,522.35 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of Employment Security | 12,522.35 | 0.00 | 0.00 |

|   |   |   |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,988,468.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Schuyler, Roche & Crisham, P.C. | 97,929.94 | 0.00 | 0.00 |
| 2U | Illinois Department of Employment Security | 1,310.00 | 0.00 | 0.00 |
| 3 | Cali Construction, Inc | 12,035.00 | 0.00 | 0.00 |
| 4 | Wesco Distribution Inc | 238,392.30 | 0.00 | 0.00 |
| 5 | Crescent Electric Supply Company | 879,861.69 | 0.00 | 0.00 |
| 6 | Contractors Adjustors Co | 9,753.50 | 0.00 | 0.00 |
| 7 | D&I Electronics | 6,134.36 | 0.00 | 0.00 |
| 8 | Pitney Bowes Inc | 1,391.86 | 0.00 | 0.00 |
| 9 | Pitney Bowes Inc | 1,547.10 | 0.00 | 0.00 |
| 10 | Atlas Bobcal Inc | 9,041.91 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | FedEX Customer Information Services | 432.79 | 0.00 | 0.00 |
| 12 | Hastings Mutual | 44,110.23 | 0.00 | 0.00 |
| 13 | Allied Waste Services #719 | 95.63 | 0.00 | 0.00 |
| 14 | Bryce Downey LLC | 16,929.34 | 0.00 | 0.00 |
| 15 | ADI | 3,676.20 | 0.00 | 0.00 |
| 16 | Commercial Electonic Systems | 17,123.55 | 0.00 | 0.00 |
| 17 | CNH Capital | 6,165.51 | 0.00 | 0.00 |
| 18 | Avaya, Inc | 4,888.61 | 0.00 | 0.00 |
| 19 | Avaya, Inc | 4,888.61 | 0.00 | 0.00 |
| 20 | Advance Electrical Suppy Co., Inc. | 326,649.53 | 0.00 | 0.00 |
| 21 | TBF Financial LLC | 15,999.58 | 0.00 | 0.00 |
| 22 | Cobra Concrete Cutting | 690.00 | 0.00 | 0.00 |
| 23 | Recco Tool & Supply | 1,770.29 | 0.00 | 0.00 |
| 24 | Medlin Communications | 27,472.31 | 0.00 | 0.00 |
| 25 | Commonwealth Edison Company | 1,521.14 | 0.00 | 0.00 |
| 26 | Marty J. Schwartz. P.C. | 3,129.00 | 0.00 | 0.00 |
| 27 | Midwest Cage Company | 2,231.38 | 0.00 | 0.00 |
| 28 | Wright Express | 15,337.58 | 0.00 | 0.00 |
| 29 | Light Source Lighting, Inc | 5,733.96 | 0.00 | 0.00 |
| 30 | IMC Connect | 89,589.48 | 0.00 | 0.00 |
| 31 | NES | 6,470.94 | 0.00 | 0.00 |
| 32 | Homes By Heintz Inc an Illinois Corp | 0.00 | 0.00 | 0.00 |
| 33 | Douglas Tibble | 126,888.82 | 0.00 | 0.00 |
| 34 | Arnstein & Lehr, LLP | 9,276.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 11,200.80 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 36 | Hitachi Capital American Corp | 11,200.80 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $        0.00
Remaining balance:  $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $        0.00
Remaining balance:  $        0.00


Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                            Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                  Case No. 10-44124-BWB
Inland Electric, Corp.                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen              Page 1 of 4                Date Rcvd: Dec 08, 2014
                              Form ID: pdf006           Total Noticed: 146

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2014.
```
db           +Inland Electric, Corp.,   1230 West Jefferson Street,   Shorewood, IL 60404-0700
aty          +William J. Factor, Ltd.,   InnovaLaw PC,   1900 Ravinia Place,   Orland Park, IL 60462-3760
16542621     +ADI,   263 Old Country Rd,   Melville, NY 11747-2712
16219033     +ADI,   12974 Collections Center Drive,   Chicago, IL 60693-0129
16219039     +AS- Builds,   3930 N. Pine Grove,   Suite 3107,   Chicago, IL 60613-5518
16219031     +Accubid Systems Inc,   1150 W. 8th St,   Cincinnati, OH 45203-1202
16219032     +Accurate Repro, Inc,   2368 Corporate Lane #100,   Naperville, IL 60563-9631
16219035     +Advanced Supply Co.,   8901 W 192nd,   Suite D,   Mokena, IL 60448-8108
16219036     +Airgas North Central,   1250 W. Washington St,   Chicago, IL 60607
16376877     +Allied Waste Services #719,   P.O.B 9001154,   Louisville, KY 40290-1154
16219037     +Aramark Refreshment Svcx #6068,   1851 Howard Street,   Suite F,
               Elk Grove Village, IL 60007-2480
16219038     +Arnstein & Lehr, LLP,   120 S Riverside Plaza,   Ste 1200,   Chicago, IL 60606-3941
16219040     +Associate Area Counsel, SB/SE,   200 W. Adams Street, Suite 2300,   Chicago, IL 60606-5231
16219042     +Avaya Financial Services,   PO Box 93000,   Chicago, IL 60673-3000
16219043     +Avaya, Inc,   c/o RMS Bankruptcy Recovery Services,   POB 5126,
               Timonium, Marryland  21094-5126
16219045     +BLR,   141 Mill Rock Rd. East,   Old Saybrook, CT 06475-4217
16219046     +Brock Tool Company,   1475 Louis Ave.,   Elk Grove Village, IL 60007-2393
16219047     +Bryce Downey,   200 N. LaSalle St,   Suite 2700,   Chicago, IL 60601-1099
16536985     +Bryce Downey LLC,   c/o Stein & Rotman,   105 W. Madison St. #600,   Chicago, Il 60602-4672
16219050     +CDW Direct, LLC,   P.O. Box 75723,   Chicago, IL 60675-5723
16219054     +CNH Capital,   Dept Capital,   Palatine, IL 60055-0001
16219048     +Cabstone,   903 S. Raven,   Shorewood, IL 60404-9149
16219051    #+City Utility Equipment,   1950 W. Pershing,   P O Box 08234,   Chicago, IL 60608-0234
17264687     +Clean N Dri Carpet Cleaning,   15410 S. James Street,   Plainfield, IL 60544-2150
16219052     +Clean N Dri Carpet Cleaning,   200 N. James St.,   Plainfield, IL 60544-1574
16219053      Clifford - Wald,   253 East Helen Rd.,   Palatine, IL 60067
16219055     +Cobra Concrete Cutting,   2416 E Oakton,   Arlington Hts IL 60005-4820
16219057     +Comcast,   P.O. Box 3001,   Southeastern, PA 19398-3001
16219058     +Commercial Electonic Systems,   2447 Reeves Rd,   Joliet, IL 60436-9538
16219060     +Constant Electric Supply Co.,   1245 Humbracht Circle,Unit A,   Bartlett, IL 60103-1689
16219061     +Construction Monthly,   P. O. Box 3407,   Farmington Hills, MI 48333-3407
16219062      Contractors Adjustors Co,   570 Lake Cook Road #350,   Deerfield IL 60015-4952
16219064     +Cowan Electric Inc,   PO Box 5066,   Elgin, IL 60121-5066
16219065     +Crescent Electric Supply Company,   James P Ziegler,   Stone Pogrund & Korey LLC,
               1 E Wacker Drive Suite 2610,   Chicago, IL 60601-2001
16219066     +D&I Electronics,   24802 caton Farm Rd.,   Plainfield, IL 60586-9214
16219067     +D. Patrick Mullarkey,   Tax Division,   P.O. Box 55,   Washington, DC 20044-0055
16219068     +Developers Surety Bond,   17780 Fitch, Ste 200,   Irvine, CA 92614-6060
16219069      Dick’s Towing Services Inc,   909 Block Broadway,   Joliet, IL 60435
16219070     +Douglas Tibble,   101 N. Washington Street,   Naperville, IL 60540-4511
16219071     +Dreyer Medical Clinic,   1221 N. Highland,   Aurora, IL 60506-1404
16219072     +Dunn & Bradstreeet,   PO BOX 75434,   Chicago, IL 60675-5434
16219073     +Emalfarb, Swan & Bain,   440 Central Avenue,   Highland Park, IL 60035-2688
16219074     +Evergreen Oak Electric,   P. O. Box 549,   Crestwood, IL 60445-0549
16219075     +Excel LTD. Inc,   888 East Belvidere Rd, Unit 405,   Grayslake, IL 60030-2577
16219076     +Express Signs & Lighting,   212 Amendodge Dr.,   Shorewood, IL 60404-9362
16507853     +FedEX Customer Information Services,   As Assignee of FedEX Express/FedEX Groun,
               Attn: Revenue Recovery/Bankruptcty,   3965 Airways Blvd Module G, 3rd Floor,
               Memphis, TN 38116-5017
16219078     +Federal Express,   P.O. Box 94515,   Palatine, IL 60094-4515
16219079     +Fox Valley Fire & Safety,   1730 Berkley St.,   Elgin, IL 60123-7030
16219080     +Frank Gibbbons (Briggshaw),   10052 Bode St,   Plainfield, IL 60585-8708
16219081     +G Heating & Air Conditioning,   P O Box 783,   Manteno, IL 60950-0783
16219082     +GE Capital,   P O Box 6229,   Carol Stream, IL 60197-6229
16219083     +General Supply & Service Co.,   2235 Corporate Lane,   Naperville, IL 60563-1526
16219084     +Gexpro,   2235 Corporate Lane,   Naperville, IL 60563-1526
16219085     +Grainco FS Inc,   3107 N. State Route 23,   Ottawa, IL 61350-9645
16219093     +HLP Systems Inc,   426 North Ave.,   Libertyville, IL 60048-2023
16219095     +HUB International Scheers,   601 Oakmont Ln, Ste 400,   Westmont, IL 60559-5570
16219086     +Harris Bank,   P.O. Box 2880,   Chicago, IL 60690-2880
16809187     +Harris N.A.,   c/o Michael T Benz,   Chapman and Cutler LLP,   111 W. Monroe St.,
               Chicago, IL 60603-4080
16219087     +Hastings Mutual,   404 E. Woodlawn Avenue,   Hastings, MI 49058-1091
16219089     +Heritage FS,   P O Box 339,   Gilman, IL 60938-0339
16219091     +Hilti Corp,   P O BOX 120001,   Dallas, TX 75312-0890
16219092     +Hinckley Spring Water Company,   P O Box 660579,   Dallas, TX 75266-0579
16836132     +Hitachi Capital American Corp,   Matthew Kye Esq,   Magnozzi & Kye,
               1 Expressway Plaza, Suite 114,   Roslyn Heights, NY 11577-2031
16219094      Home  Depot,   P O Box 6031,   The Lakes, NV 88901-6031
16801165     +Homes by Heintz, Inc.,   13900 Van Dyke Rd., Unit F,   Plainfield, IL 60544-6110
16219096     +Hyre Electric Company, Inc.,   1230 W. Jefferson Street,   Shorewood, IL 60404-0700
16219100      IMC Connect,   207 E,. Ohio #293,   Chicago, IL 60611-3238
```

```
District/off: 0752-1          User: rgreen              Page 2 of 4                   Date Rcvd: Dec 08, 2014
                              Form ID: pdf006           Total Noticed: 146


16295184       +Illinois Department of Employment Security,    33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
16219097       +Illinois Dept. of Employment Security,    33 S. State Street, 10th Floor,
                 Chicago, IL 60603-2808
16219098       +Illinois Paper & Copier Co,    6 Territorial Ct.,    Bolingbrook, IL 60440-4662
16219099       +Illnois Dept of Labor,    1 W. Old State Capital Plaza,    Springfield, IL 62701-1200
16219101       +Indiana Public Serv Company,    801 E. 86th Avenue,    Merrillville, IN 46410-6271
16219102       +Inland Power Group,    P O Box 68-9633,    Milwaukee, WI 53268-0001
16219105       +Internap Network Services,    Dept 0526,   PO Box 120526,    Dallas, TX 75312-0526
16219106       +J&D Door Sales Inc,    200 E. Second St.,    P O Box 245,    Big Rock, IL 60511-0245
16219107       +King Cut Concrete Cutters, Inc,    2411 Hiller Ridge Rd., Ste F,    Mc Henry, IL 60051-7603
16219108       +Kip America Inc,    21146 Network Pl.,    Chicago, IL 60673-1211
16219109       +Komatus Forklift of Chicago,    P O Box 30279,    Los Angeles, CA 90030-0279
16219110       +Leake Sandblasting,    5485 S. Gonnam Rd,    Verona, IL 60479-8156
16219111       +Lennar Chicago,   2300 Barrington Rd., Ste 600,     Hoffman Estates, IL 60169-2037
16219112       +Light Source Lighting, Inc,    16114 S. Rt 59,    Plainfield, IL 60586-2906
16219114       +Martin, Brown & Sullivan Ltd,    321 South Plymouth Ct., 10th Flr,    Chicago, IL 60604-3917
16666553       +Marty J. Schwartz. P.C.,    70 W. Madison Street,    Suite 4500,    Chicago, IL 60602-4227
16219115       +McCormick Systems Inc,    149 West Boston St.,    Chandler, AZ 85225-9514
16219116       +McGrath Office Equipment,    P O Box 932,    Joliet, IL 60434-0932
16219117       +Medlin Communications,    16W235 83rd St.,,    Suite C,    Burr Ridge, IL 60527-7986
16278707       +Medlin communications Inc,    Sara L Spitler,    c/o Goldstine, Skrodzki Russian,
                 835 McClintock Drive,    Burr Ridge, IL 60527-0860
17264688       +Midcentury Insurance,    c/o Tony Cacci,    15700 Long Vista,    Austin, TX 78728-3822
17264689       +Midcentury Insurance,    c/o Stuart M. Brody,    Sneckenberg Thompson & Brody LLP,
                 161 N. Clark Street, Suite 3575,    Chicago, IL 60601-3214
16219118       +Midwest Cage Company,    9217 Gulf Stream Rd., # 101,    Frankfort, IL 60423-2564
16219119       +Modular Structures Corp,    435 N. Michigan Ave, 25th FLR,    Chicago, IL 60611-4066
16219120        NES,   P.O. Box 8500-1226,    Philadelphia, PA 19178-1226
16219129     ++++PREMIUM SOUND & SECURITY INC,    22221 W IL ROUTE 173 STE 109,    ANTIOCH IL  60002-7203
               (address filed with court:  Premium Sound & Security Inc,     22475 W. Illinois Rte 173, Unit 109,
                 Antioch, IL 60002)
17264691       +Patrick and Taryn White,    c/o Patrick R. Gareis,    Grotefeld Hoffmann Schleiter Gordon,
                 407 S. Third Street, Suite 200,    Geneva, IL 60134-2746
17264690       +Patrick and Taryn White,    c/o James Karras,    Kelly & Karras,
                 619 Enterprise Drive, Suite 205,    Oak Brook, IL 60523-8836
16219123       +Patten Industries,    635 W. Lake Street,    Elmhurst, IL 60126-1465
16219124       +Personal Concepts,    P.O. Box 5750,    Carol Stream, IL 60197-5750
16219125       +Phoenix Pools, Ltd,    702 Des Plaines St.,    Plainfield, IL 60544-1817
16219128       +Prairie Materials,    5185 Paysphere Circle,    Chicago, IL 60674-0051
16219131       +Recco Tool & Supply,    8805 Joliet Rd.,    McCook, IL 60525-3270
16219132       +Reed Construction Data,    P O Box 2241,    Carol Stream, IL 60132-2241
16219133       +Rendels City Center,    40 Mills Rd.,    Joliet, IL 60433-2727
16219134       +Rendels West Inc,    40 Mills Rd.,    Joliet, IL 60433-2727
16219135       +Rental Max LLC,    908  E.Roosevelt Rd.,    Wheaton, IL 60187-5651
16219136       +Safeguard Business Systems,    P O Box 88043,    Chicago, IL 60680-1043
16219137       +Schuyler, Roche & Zwirner,    One Prudential Plaza Suite 3800,    130 East Randolph Street,
                 Chicago, IL 60601-6317
16219139       +Source One Trailer,    P O Box 159,    Lockport, IL 60441-0159
17264693       +Sprint 363533568,    P.O. Box 4181,    Carol Stream, IL 60197-4181
17264694       +State Farm Insurance Co.,    Judith Curtin,    1400 Opus Place,    Downers Grove, IL 60515-5702
16219141       #+Stein & Rotman,    105 W. Madison # 600,    Chicago, IL 60602-4672
16219142       +Stevenson Crane Service Inc,    410 Stevenson Dr.,    Bolingbrook, IL 60440-3094
16219143       +Sunbelt Rentals,    P O Box 409211,    Atlanta, GA 30384-9211
16219144       +TBF Cit Technology,    520 Lake Cook Road, Suite 510,    Deerfield, IL 60015-4900
16219145       +Top Shelf Lighting,    1310 W. Thorndale Ave.,    Itasca, IL 60143-1159
16219146       +Trade Service Corp,    P O Box 85007,    San Diego, CA 92186-5007
16219147       +Travelers,    CL Remittance Center,    Hartford, CT 06183-0001
16219152       +US Dept of Treasury Labor,    1500 Pennsylvania Avenue NW,    Washington, DC 20220-0001
16219153       +USF Holland,    3801 Mound Road,    Joliet, IL 60436-9006
16219148       +Unit Step Company,    1515 Channahon Rd.,    Joliet, IL 60436-9516
16219149       +United Parcel Service,    Lock Box 577,    Carol Stream, IL 60132-0577
16219150       +United States Attorney,    219 South Dearborn Street,    Chicago, IL 60604-1708
16219151       +Urban Elevator Service Inc,    4830 W. 16th St.,    Cicero, IL 60804-1530
16219154       +VCNA Prairie Materials,    7601 W. 79th Street,    Bridgeview, IL 60455-1409
16219155       +Vermeer-Illinois, Inc,    2801 Beverly Dr.,    Aurora, IL 60502-9763
16219156       +Vulcan Const Materials LP,    1000 E. Warrenville Rd. Ste 100,    Naperville, IL 60563-2044
16219161       +WW Grainger,    Dept. 840618870,    Palatine, IL 60038-0001
16219157        Webtech Wireless,    215-4299 Canada Way - Canada,    Burnaby, BC V5G1H3
16219158       +Wesco Dist.,    41 N. Lively Blvd,    Elk Grove Village, IL 60007-1320
16447467       +Wesco Distribution Inc,    James P Ziegler Stone,    Pogrund & Korey LL,
                 1 East Wacker Drive Suite 2610,    Chicago, IL 60601-2001
17264695       +Wesco Distribution Inc.,    41 N. Lively Boulevard,    Elk Grove Village, IL 60007-1320
16219159       +Will county Recycling, Inc,    2314 Douglas St,    Joliet, IL 60435-5410
```

```
District/off: 0752-1          User: rgreen              Page 3 of 4                  Date Rcvd: Dec 08, 2014
                              Form ID: pdf006           Total Noticed: 146
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16560243       +E-mail/Text: ddulworth@clarkhill.com Dec 09 2014 00:49:27
                 Advance Electrical Supply Co., Inc.,    c/o Clark Hill PLC,    150 N. Michigan Ave. #2700,
                 Chicago, IL 60601-7576
16376878       +E-mail/Text: ally@ebn.phinsolutions.com Dec 09 2014 00:47:20      Ally,    P.O. Box 78252,
                 Phoenix, AZ 85062-8252
16278657        E-mail/Text: dleadley@ameritech.net Dec 09 2014 00:48:33     Atlas Bobcal Inc,
                 c/o Daniel Leadley,    320 East Indian Trial,   Aurora, IL 60505-1760
16219056       +E-mail/Text: legalcollections@comed.com Dec 09 2014 00:49:42      Com ED,    3 Lincoln Center,
                 Villa Park, IL 60181-4204
16628989       +E-mail/Text: legalcollections@comed.com Dec 09 2014 00:49:42      Commonwealth Edison Company,
                 3 Lincoln Center,    Attn: Bankruptcy Section,   Oakbrook Terrace, IL 60181-4204
16219077       +E-mail/Text: legal@fastenal.com Dec 09 2014 00:47:52      Fastenal Company,    P.O. Box 978,
                 Winona, MN 55987-0978
16219104        E-mail/Text: cio.bncmail@irs.gov Dec 09 2014 00:47:37      Internal Revenue Service,
                 Mail Stop 5010 CHI,    230 S. Dearborn Street,    Chicago, IL 60604
16219121       +E-mail/Text: bankrup@aglresources.com Dec 09 2014 00:47:09      NICOR,    P O Box 585,
                 Aurora, IL 60507-0585
16219122       +E-mail/Text: debtrecovery@officemax.com Dec 09 2014 00:47:55      Office Max,
                 75 Remittance Drive, #2698,    Chicago, IL 60675-1001
16219127       +E-mail/Text: bankruptcy@pb.com Dec 09 2014 00:49:43      Pitney Bowes Global Financial,
                 P O Box 856460,    Louisville, KY 40285-6460
16476853       +E-mail/Text: bankruptcy@pb.com Dec 09 2014 00:49:44      Pitney Bowes Inc,
                 4901 Belfort Rd, Ste 120,    Jacksonville FL 32256-6016
16219130       +E-mail/Text: bankruptcy@pb.com Dec 09 2014 00:49:44      Purchase Power,    P O Box 856042,
                 Louisville, KY 40285-6042
16219140        E-mail/Text: appebnmailbox@sprint.com Dec 09 2014 00:48:13     Sprint,    P O Box 4181,
                 Carol Stream, IL 60197
16566634       +E-mail/Text: jpalmer@tbfgroup.com Dec 09 2014 00:47:48      TBF Financial LLC,
                 740 Waukegan Rd Ste 404,    Deerfield, IL 60015-5505
16219160       +E-mail/Text: bankruptcy@wrightexpress.com Dec 09 2014 00:48:16      Wright Express,
                 PO BOX 6293,    Carol Stream, IL 60197-6293
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16801055         Homes by Heintz
aty*            +William J. Factor, Ltd.,    InnovaLaw, PC,    1900 Ravinia Place,    Orland Park, IL 60462-3760
16219103*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    P.O. Box 21126,
                 Philadelphia, PA 19114)
16278632*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    POB 21126,    Philadelphia, PA  19114)
16376510*      +United States Attorney,    219 South Dearborn Street,    Chicago, IL 60604-1708
16219034       ##+Advance Electric,    2050 S Lake St,   Mundelein, Il 60060-4233
16219041       ##+Auto Glass Masters,    4520 N. Elston Ave.,    Chicago, IL 60630-4421
16219044       ##+Belle Engineering, Inc,    26 W 161 Plank Rd.,    Naperville, IL 60563-3358
16547741       ##CNH Capital,    P.O. Box 1083,   Evansville, IN 47706-1083
16219049       ##+Cali Construction, Inc,    P.O. Box 499,    Plainfield, IL 60544-0499
16219059       ##+Concrete Clinic,    13089 Main Street,    Lemont, IL 60439-9373
16219063       ##+Cornerstone Solutions,    120 West 22nd St., Ste 350,    Oakbrook, IL 60523-4069
16219088       ##+Heitman Architects, Inc,    555 Pierce Rd., Ste 105,    Itasca, IL 60143-2628
16219090       ##+High Rise Security Systems,    762 Burr Oaks Dr.,    Westmont, IL 60559-1122
16801163       ##+Homes By Heintz Inc an Illinois Corp,    Alison M Harrington/Fritz V Wilson,
                 Best Vanderlaan & Harrington,    54 N Ottawa St Suite 370,    Joliet, IL 60432-4406
16219113       ##+M&R Electronic Systems Ltd,    408 Campus Dr.,    Arlington Heights, IL 60004-1406
17264692       ##+Phoenix Pools, Ltd.,    1173 Tower Road,    Schaumburg, IL 60173-4305
16219126       ##+Piracle Inc,    2302 South Presidents Dr., Ste B,    Salt Lake City, UT 84120-2318
16219138       ##+SCI Communications, Inc,    14423 W. Edison,    P O Box 38,    New Lenox, IL 60451-0038
16275868       ##+Schuyler, Roche & Crisham, P.C.,    Michael D Lee,    130 East Randolph Street Suite 3800,
                 Chicago, IL 60601-6317
                                                                                   TOTALS: 1, * 4, ## 15
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: rgreen              Page 4 of 4             Date Rcvd: Dec 08, 2014
                              Form ID: pdf006           Total Noticed: 146
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2014                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2014 at the address(es) listed below:

```
              Adam C Toosley    on behalf of Creditor    Advance Eletrical Supply Co., Inc. atoosley@freeborn.com,
               jschmidt@freeborn.com
              Allie M Burnet    on behalf of Creditor    Homes By Heintz, Inc. aburnet@bestfirm.com
              David P Lloyd    on behalf of Trustee Thomas B Sullivan courtdocs@davidlloydlaw.com
              Derek   Johnson    on behalf of Interested Party    Midam/Dalan Bradley Phase 2, LLC
               djohnson@bellockcoogan.com,    kthompson@bellockcoogan.com,djaiswal@bellockcoogan.com
              James M Philbrick    on behalf of Creditor    Ally Financial f/k/a GMAC jmphilbrick@att.net
              James P. Ziegler    on behalf of Creditor    Crescent Electric Supply Company jziegler@spklaw.com
              James Patrick Sullivan    on behalf of Creditor    Harris N.A. jsulliva@chapman.com
              Jennifer L Johnson    on behalf of Creditor    Lenny Szarek, Inc. jjohnson@zcwlaw.com,
               vblazina@zcwlaw.com,lkuziel@zcwlaw.com
              Jonathan J Tofilon    on behalf of Creditor    State Farm Ins Co jtofilon@ghlaw-llp.com
              Kathleen M. McGuire    on behalf of Trustee Thomas B Sullivan kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,khubert@innovalaw.com
              Kurt J Kolar    on behalf of Creditor    Hitachi Capital America Corp. kjkolar@kjkolarlaw.com
              Michael T. Benz    on behalf of Creditor    Harris N.A. benz@chapman.com,   eickmann@chapman.com
              Patrick F Ross    on behalf of Creditor    Harris N.A. pfross@uhlaw.com,
               kburde@uhlaw.com;rjanczak@uhlaw.com;sbmiller@uhlaw.com;jtruskusky@uhlaw.com
              Patrick F Ross    on behalf of Interested Party    Harris N.A., as Assignee pfross@uhlaw.com,
               kburde@uhlaw.com;rjanczak@uhlaw.com;sbmiller@uhlaw.com;jtruskusky@uhlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rebecca D. Rosenthal    on behalf of Debtor    Inland Electric, Corp. rdr@ag-ltd.com
              Stuart   Brody    on behalf of Creditor    Mid-Century Insurance Company smb@stbtrial.com
              Thomas B Sullivan    tsullivan@wfactorlaw.com,    IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
              Timothy A. Clark    on behalf of Creditor    Cabstone Corporation tim.bkct@kcccp.com,
               laura@kcccp.com
              Timothy D Elliott    on behalf of Interested Party    Midam/Dalan Bradley Phase 2, LLC
               telliott@rathjewoodward.com,    nwinters@rathjewoodward.com;vlong@rathjewoodward.com
              Tina M Bird    on behalf of Creditor    Advance Eletrical Supply Co., Inc. tbird@freebornpeters.com
                                                                                             TOTAL: 21
```